MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
MILLS & ASSOCIATES
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Telephone No.: (702) 240-6060
Fax No.: (702) 240-4267

Attorneys for Defendant,
ALAIN MELO-MACIAS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JONELYN MANUEL, individually, | CASE NO. 2:15-cv-00309-GMN-CWH |
| Plaintiff, | |
| vs. | |
| ALAIN MELO-MACIAS, individually; DOES I through X, inclusive; ROE CORPORATIONS XI through XX, inclusive, | |
| Defendant. | |

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT
TO RESPOND TO MOTION TO REMAND [#8]**

**(First Request)**

IT IS HEREBY STIPULATED, by and between the parties, by and through their respective counsel, as follows:

WHEREAS, Plaintiff filed A Motion to Remand [#8] on March 6, 2015;

WHEREAS, Defendant Alain Melo-Macia's deadline to respond to the Motion to Remand is March 23, 2015;

WHEREAS, Defendant Alain Melo-Macias's is out of the country and we need additional time to obtain information; and

NOW, THEREFORE, IT IS STIPULATED AND AGREED by the Parties as follows:

1. Defendant Alain Melo-Macias's deadline to respond to Plaintiff's Motion to Remand [#8] will be extended until April 6, 2015.

| | |
|---|---|
| Dated: March 20th 2015. | Dated: March 20th 2015. |
| GLEN LERNER & ASSOCIATES | MILLS & ASSOCIATES |
| /s/ Adam Smith | /s/ Michael C. Mills |
| ADAM SMITH, ESQ.<br>Nevada Bar No. 09690<br>4795 S. Durango Drive<br>Las Vegas, Nevada 89147<br>Attorney for Plaintiff,<br>Jonelyn Manuel | MICHAEL C. MILLS, ESQ.<br>Nevada Bar No. 003534<br>3650 N. Rancho Drive, #114<br>Las Vegas, Nevada 89130<br>Attorney for Defendant,<br>Alain Melo-Macias |

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED: 03/20/2015**